UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20483-FAM

JOAN SECURE,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

ULTIMATE FITNESS GROUP, LLC
d/b/a ORANGETHEORY FITNESS,
a Florida limited liability company,

        Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

      Plaintiff Joan Secure respectfully moves for leave to file a brief response of no more than five (5) pages to Defendant's Notice of Supplemental Authority, [ECF No. 30], and in support states:

      1.    On June 27, 2018, Defendant filed *Dominguez v. Yahoo, Inc.*, --- F.3d ---, 2018 WL 3118056 (3d Cir. June 26, 2018) stating that the Order was relevant to arguments raised in Defendant's Motion to Dismiss, [ECF No. 18].

      2.    Specifically, Defendant contends that *Dominguez* provides guidance to this Court regarding the issue of whether the equipment Defendant used to mass text message Plaintiff and Class Members is an ATDS.

      3.    Plaintiff respectfully requests leave to file a short response of no more than five (5) pages to identify the significant and material differences between the autodialer Defendant used here and the equipment used in *Dominguez*. Additionally, a short response is necessary to clarify that the

1

*Dominguez* court was not presented, nor did it address, Plaintiff's argument that the 2003 FCC order and controlling case law holds that dialing from a list of uploaded numbers qualifies a dialer as an ATDS.

4.   Plaintiff does not seek to file this motion or the limited response requested herein for the purpose of delay or for any other improper purpose.

5.   Defendant will not be unduly prejudiced by Plaintiff filing the requested response.

6.   Pursuant to Southern District of Florida's CM/ECF Administrative Procedures Rule 3I(1), a copy of the proposed response is attached hereto as **Exhibit A**.

**WHEREFORE**, Plaintiff Joan Secure respectfully requests that the Court grant her leave to file a brief response of no more than five (5) pages to Defendant's Notice of Supplemental Authority, together with such further relief as the Court deems just and proper.

Dated:  June 29, 2018

Respectfully submitted,

| | |
|---|---|
| **HIRALDO P.A.** | **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT** |
| */s/ Manuel S. Hiraldo* | Scott A. Edelsberg, Esq. |
| Manuel S. Hiraldo, Esq. | Florida Bar No. 100537 |
| 401 E. Las Olas Boulevard | edelsberg@kolawyers.com |
| Suite 1400 | Jeff Ostrow, Esq. |
| Ft. Lauderdale, Florida 33301 | Florida Bar No. 121452 |
| Florida Bar No. 030380 | ostrow@kolawyers.com |
| mhiraldo@hiraldolaw.com | 1 W. Las Olas Blvd., Suite 500 |
| Telephone: 954.400.4713 | Fort Lauderdale, Florida 33301 |
| | Telephone: 954-525-4100 |
| *Counsel for Plaintiff and the Class* | *Counsel for Plaintiff and the Class* |

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Rule 7.1(a)(3), counsel for Plaintiff hereby certifies that he conferred with counsel for Defendant and that Defendant opposes the relief requested herein.

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713