UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-20483-CIV-MORENO**

JOAN SECURE, individually and on behalf of
all others similarly situated,

        Plaintiff,

vs.

ULTIMATE FITNESS GROUP, LLC, a
Florida limited liability company doing
business as Orangetheory Fitness,

        Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 66)**, filed on **July 16, 2019**.  It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement.  The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement.  It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _19_ of July 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record